UNITED STATES of America,
Plaintiff–Appellee,

v.

Kevin WEBSTER, Defendant–
Appellant.

No. 03–4314.

United States Court of Appeals,
Seventh Circuit.

March 8, 2006.

Barry D. Glickman, Indianapolis, IN, for Plaintiff–Appellee.

Richard H. Parsons, Office of the Federal Public Defender, Peoria, IL, for Defendant–Appellant.

Before Hon. FRANK H. EASTERBROOK, Hon. KENNETH F. RIPPLE, and Hon. ANN CLAIRE WILLIAMS, Circuit Judges.

**ORDER**

Kevin Webster was sentenced for possession with intent to distribute methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii), possession of a gun in relation to a drug trafficking crime, 18 U.S.C. § 924(c), and possession of a gun and bullets by a convicted felon, *id.* § 922(g)(1). He argued for the first time on appeal that the district court erred by applying the sentencing guidelines as mandatory. *See United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). We remanded to ask whether the judge would

have imposed a lesser sentence had he known that the guidelines were advisory. *See United States v. Paladino,* 401 F.3d 471, 483—84 (7th Cir.2005). The judge said yes, and therefore we VACATE Webster's sentence and REMAND for resentencing.